**Jonathan M. SILER, Plaintiff—Appellant,**

v.

**B. KATTA, Physician Assistant, Defendant—Appellees,**

**and**

**Joseph Brooks, Warden; Harley Lappin, Director; Federal Bureau of Prisons, Defendants.**

**No. 03–7839.**

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 29, 2004.

Decided Feb. 9, 2004.

Jonathan M. Siler, Appellant pro se.
Robert P. McIntosh, Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Jonathan M. Siler appeals the district court's order denying relief on his complaint alleging a violation under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Siler v. Katta,* No. CA–03–100 (E.D.Va. Nov. 5, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*